AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

2003 Gold Four Door Lincoln Sedan
(VIN)   Xxxxxxxxxxxxxxxx
D.C. Tag xxxxxx

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I   Mark Dargin   being duly sworn depose and say:

I am a(n)   Special Agent, FBI   and have reason to believe
        (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
2003 Gold Four Door Lincoln Sedan, (VIN) xxxxxxxxxxxxxxxx
D.C. Tag xxxxxx

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**See attached affidavit is support of this search warrant**

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
**See attached affidavit is support of this search warrant**

concerning a violation of Title  21  United States Code, Section(s)  841(a) . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES     ☐ NO

Amy Jeffress
Organized Crime and Narcotics Trafficking
(202) 514- 7624

Signature of Affiant
Mark Dargis, Special Agent
FBI

Sworn to before me, and subscribed in my presence

_____    at Washington, D.C.
Date

_____    _____
Name and Title of Judicial Officer    Signature of Judicial Officer