AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2003 Gold Four Door Lincoln Sedan
(VIN)
D.C. Tag CG2711

**SEIZURE WARRANT**
CASE NUMBER:

06 - 316 - M - 01

TO: <u>Mark Dargis</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent, FBI Mark Dargis</u> who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

2003 Gold Four Door Lincoln Sedan, (VIN)
D.C. Tag CG2711.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  July 21, 2006
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 11 2006 @ 4:15 PM at Washington, D.C.
Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer                    Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7/11/2006 | 7/13/2006, 6:00 A.M. | NO ONE PRESENT AT PREMISES, COPIES LEFT IN MAIN LIVING AREA OF RESIDENCE |

INVENTORY MADE IN THE PRESENCE OF SA CHADWICK ELGERSMA, FBI AND SA JAMES MARKOVICH, FBI

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

① 2003 GOLD, 4-DOOR LINCOLN SEDAN WITH VIN
② MOTOR VEHICLE REGISTRATION INFORMATION
③ MOTOR VEHICLE INSURANCE COVERAGE INFORMATION
④ BLUE CROSS/BLUE SHIELD HEALTH INSURANCE CARDS IN THE NAME OF

**FILED**

JUL 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature: Mark B. J____]*

Subscribed, sworn to, and returned before me this date.

*[signature]*    7/20/06
U.S. Judge or U.S. Magistrate Judge    Date